# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00634-CV

## In re Sterling Lavon Fulton

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the emergency motion to stay are denied.
*See* Tex. R. App. P. 52.8(a), 52.10.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed: September 13, 2019